NOT FOR PUBLICATION                                                                                          (Doc. No. 5)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Civil. No. 15-8537 (RBK/KMW) |
| | : | |
| v. | : | **ORDER and JUDGMENT** |
| | : | |
| BRONELL CHANDLER, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**Kugler,** United States District Judge:

    **THIS MATTER** having come before the Court upon the United States's motion for entry of final judgment by default against Bronell Chandler pursuant to Federal Rule of Civil Procedure 55(b)(2) (Doc. No. 5), and the Court having considered the Plaintiff's unopposed moving papers and the affidavits and exhibits appended thereto, and for the reasons expressed in the Opinion issued on this date;

    **IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the United States's motion for entry of final judgment against Bronell Chandler is **GRANTED**.

    **IT IS HEREBY FURTHER ORDERED** that the Clerk enter judgment against Bronell Chandler in the amount of $137,239.40 plus lawful pre- and post-judgment interest.

Dated:   01/10/2017                                                                                     s/ Robert B. Kugler
                                                                                                                   ROBERT B. KUGLER
                                                                                                                 United States District Judge